NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

11-1459

STATE OF LOUISIANA

VERSUS

GEORGE HARTLEY STEVENSON

************

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 8820-04
HONORABLE DAVID KENT SAVOIE, JUDGE

************

JAMES T. GENOVESE
JUDGE

************

Court composed of John D. Saunders, James T. Genovese, and Phyllis M. Keaty, Judges.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**

John F. DeRosier
District Attorney - 14th Judicial District Court
Post Office Box 3206
Lake Charles, Louisiana 70602-3206
(337) 437-3400
COUNSEL FOR APPELLEE:
    State of Louisiana

**Rhonda F. Gelfman**
**Javier Ateaga**
**Law Offices of Rhonda F. Gelfman, PA**
**115 NW 167th Street, Third Floor**
**North Miami Beach, Florida 33169**
**(305) 944-9120**
**COUNSEL FOR  DEFENDANT/APPELLANT:**
    **George Hartley Stevenson**

**GENOVESE, Judge.**

On March 14, 2005, Defendant, George Hartley Stevenson, pled guilty to possession of marijuana with intent to distribute, a violation of La.R.S. 40:966. He was sentenced to serve five years with the Louisiana Department of Corrections. All but six months of the sentence was suspended, and Defendant was placed on supervised probation for four and one-half years.

On February 8, 2011, Defendant filed a Motion to Vacate and Set Aside Conviction. A hearing on the motion was held on May 11, 2011, at which time the motion was denied. Defense counsel subsequently reserved her right to appeal the trial court's ruling. A Motion for Appeal was filed on June 9, 2011, and was granted.

On November 29, 2011, this court issued a rule to show cause why the appeal in this case should not be dismissed, as the judgment at issue is not appealable. Defendant filed a brief with this court in response to the rule in which he acknowledged the judgment is not an appealable judgment. Defendant presented to this court a motion and order to convert his appeal to an application for supervisory writ.

The judgment at issue is not appealable. *See* La.Code Crim.P. art. 912.1. Accordingly, we hereby dismiss the Defendant's appeal. Further, we deny Defendant's request that we convert his appeal to a supervisory writ application.

Defendant is hereby permitted to file a proper application for supervisory writs in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than thirty days from the date of this decision. The Defendant is not required to file a notice of intent to seek writs, nor obtain an order setting a return

date pursuant to Uniform Rules—Courts of Appeal, Rule 4-3, as we hereby construe the motion for appeal as a notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN THIRTY DAYS FROM THE DATE OF THIS DECISION.**